# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAMONA MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., dba THE HOME DEPOTK; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-CV-03945 AB (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that this case be dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

DATED: October 3, 2019

_____
Honorable André Birotte Jr.
United States District Court Judge